UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ ) | 3:09-md-02100-DRH-PMF |
| (DROSPIRENONE) MARKETING, SALES ) | |
| PRACTICES AND PRODUCTS LIABILITY ) | MDL No. 2100 |
| LITIGATION ) | |

**This Document Relates to:**

*Barbara Coughlin v.*
*Bayer HealthCare Pharmaceuticals, Inc., et al.*   No. 3:11-cv-12334-DRH-PMF

*Samantha Fagan v.*
*Bayer HealthCare Pharmaceuticals, Inc., et al.*   No. 3:11-cv-11983-DRH-PMF

## ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE

This matter is before the Court on the Bayer Defendants motions for an Order dismissing the above captioned plaintiffs' claims without prejudice for failure to file an appearance as required by this Court's Order and Local Rule 83.1(g)(2). The Bayer defendants filed identical motions to dismiss the above captioned actions on April 30, 2012. To date, neither plaintiff has filed a responsive pleading.

On April 6, 2012, the Court granted motions to withdraw filed by plaintiffs' counsel in the *Coughlin* and *Fagan* matters (*Coughlin* Doc. 10; *Fagan* Doc. 10). The Order provided that, "[i]f plaintiffs or their new counsel fails to file a supplementary entry of appearance within 21 days of the entry of this Order, plaintiffs' actions will be subject to dismissal without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute or to comply with the Orders

of this Court including failure to comply with the Plaintiff Fact Sheet requirements." To date, and in violation of the Order and Local Rule 83.1(g), plaintiffs have not filed a supplementary appearance.

Plaintiffs must comply with the Local Rules and this Court's orders. Fed. R. Civ. P. 41(b). In addition, the subject plaintiffs' delay has prejudiced Bayer. Plaintiffs' Plaintiff Fact Sheets were due on or before March 10, 2012. To date, and in violation of CMO 12, plaintiffs have not served a fact sheet. Thus, Plaintiffs' fact sheets are more than two months overdue.

Accordingly, for the reasons stated herein, plaintiffs' actions are hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Signed this 13th day of June 2012

Digitally signed by David R. Herndon
Date: 2012.06.13 13:51:50 -05'00'

**Chief Judge
United States District Court**